■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE SILVERSTEIN, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on May 26, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sullivan, Asch, Rosenberger and Wallach, JJ.

■ In the Matter of ANSONIA ASSOCIATES, Appellant, v STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION, Respondent. ANSONIA RESIDENTS' ASSOCIATION et al., Intervenors-Respondents.—Appeal from order, Supreme Court, New York County (Stanley Parness, J.), entered on March 2, 1988, unanimously dismissed as nonappealable, without costs and without disbursements. Were we to reach the merits, we would affirm. No opinion. Concur—Murphy, P. J., Sullivan, Asch and Wallach, JJ.